UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZELL MOORE, JR., | No. 1:20-cv-01020-NONE-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. No. 7) |
| HUNT, et al., | ORDER DISMISSING ACTION |
| Defendants. | ORDER FOR CLERK TO ASSIGN A DISTRICT JUDGE TO THIS CASE FOR THE PURPOSE OF CLOSING THE CASE AND THEN TO CLOSE THIS CASE |

Ezell Moore, Jr. ("plaintiff"), is a prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to prosecute this case and failure to comply with a court order," and that "[t]he Clerk of Court be directed to close this case." (Doc. No. 7 a 3.)[1]

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed

---

[1] The copy of the findings and recommendations and an order regarding consent to magistrate judge jurisdiction that were mailed to plaintiff were returned as undeliverable. Plaintiff's sixty-three-day deadline to update his address (Local Rule 183(b)) has passed, and plaintiff has not filed a notice of change of address.

1

objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 25, 2020, (Doc. No. 7), are adopted in full;
2. This case is dismissed, without prejudice, because of plaintiff's failure to prosecute this case and failure to comply with a court order; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **January 7, 2021**                         /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE